427 A.2d 256

City of Philadelphia v. Horner, Antanuk, Simon, Aspell and Cantone, Appellants.

Submitted December 6, 1979. Timothy R. Smith, for Horner, appellant (at No. 2897) for Antanuk, appellant (at No. 2898), for Simon, appellant (at No. 2899), for Aspell, appellant (at No. 2900) and for Cantone, appellant (at No. 2901); Michael D. Rubin, Assistant City Solicitor, for City of Philadelphia, appellee (at Nos. 2897, 2898, 2899, 2900 & 2901).

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

These appeals are hereby transferred to the Commonwealth Court of Pennsylvania, pursuant to the Judicial Code, 42 Pa.C.S. Sections 762 & 5103 (Supplement 1979).